UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MANUEL GUADIAN,** individually, and on Behalf of all others similarly situated<br><br>*Plaintiff,*<br>v.<br><br>**LUA SATELLITE, LLC**<br><br>*Defendant.* | § § § § § § § § § § | **EP-25-CV-00145-DCG** |

### ORDER DISMISSING CASE

Pursuant to the parties' "Stipulation to Dismiss with Prejudice" (ECF No. 12), the Court **DISMISSES** Plaintiff's claims brought in his individual capacity in the above-captioned case **WITH PREJUDICE**.

Because the Court did not certify this case as a class action, this dismissal is **WITHOUT PREJUDICE** to the claims of any putative class member.

Each party shall bear its own attorney's fees and costs.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 15th day of September 2025.**

_____
**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**